UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

**ANGEL R. GONZALEZ, et al.,**
**Plaintiffs**

v.                                                                                    CIVIL NO. 02-2092(DRD)

**HOSPITAL SAN PABLO, et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 05/27/05    **Docket #42**<br>[X] **Plff**              [X] **Deft**<br>[ ] **Other**<br><br>**Title:** Joint Motion for Partial Voluntary Dismissal | **GRANTED**. Parties in this case reached a confidential settlement agreement. Because both Plaintiffs, Angel R. Gonzalez, et. al., and co-defendant, Pedro Hernandez Martinez and his insurer named SIMED, have appeared and requested dismissal, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). **Partial Judgment** shall be entered accordingly.  Although the Court usually refrains from issuing partial judgments, it is deemed that in the instant request for voluntary dismissal none of the instant parties will foster piecemeal appeals. See Nichols v. Cadle Co., 101 F.3d 1448, 1449 (1st Cir. 1996) ("piecemeal appellate review invites mischief.  Because the practice poses a host of potential problems we have warned, time and again, that Rule 54(b) should be used sparingly."); Zayas-Green v. Casaine, 906 F.2d 18, 21 (1st Cir. 1990) ("This final judgment rule . . . furthers 'the strong congressional policy against piecemeal review.'" Id. (quoting In re Continental Investment Corp., 637 F.2d 1, 3 (1st Cir. 1980)); Comite Pro Rescate De La Salud v. Puerto Rico Aqueduct and Sewer Authority, 888 F.2d 180, 183 (1st Cir. 1989); Consolidated Rail Corp v. Fore River Ry. Co., 861 F.2d 322, 325 (1st Cir. 1988); Spiegel v. Trustees of Tufts Coll., 843 F.2d 38, 43 (1st Cir. 1988); Santa Maria v. Owens-Ill., Inc., 808 F.2d 848, 854 (1st Cir. 1986)); see also United States v. Nixon, 418 U.S. 683, 690 (1974). |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 3rd day of June 2005.

                                                                  **S/DANIEL R. DOMINGUEZ**
                                                                  **DANIEL R. DOMINGUEZ**
                                                                  **U.S. DISTRICT JUDGE**